# UNITED STATES DISTRICT COURT
## for
## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

U.S.A. vs. __Rodney McGhee__          Docket No. __2:01CR20005-01__   05 MAY 13 PM 3: 46

### Petition on Probation and Supervised Release

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**COMES NOW** __Edward E. Shaw__ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of __Rodney McGhee__ who was placed on supervision by the Honorable __Julia S. Gibbons__ sitting in the court at __Memphis, TN__ on the __17th__ day of __August, 2001__, who fixed the period of supervision at __three (3) years *__, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall submit to drug testing and treatment as deemed appropriate by the Probation Office.
2. The defendant shall maintain employment.
3. The defendant shall make restitution in the amount to be determined by the Probation Office but not to exceed $4,303.22. (Balance: $2,478.22)
4. The defendant shall pay restitution in One Hundred Dollar ($100.00) monthly installments. **

\*   Supervision began on May 22, 2002.
\*\*  On November 5, 2004, the Court modified the Special Conditions by imposing the specific restitution payment plan.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Rodney McGhee's Supervised Release is due to expire on May 21, 2005, but he has not paid restitution in full. With a net monthly income of approximately $2,300.00, Mr. McGhee has been ordered to pay $100.00 monthly. However, since December of 2004, he has fallen behind on his payment plan. This is because deductions from his paycheck for child support more than doubled from $436.00 to $930.00 monthly (due to back child support). Accordingly, Mr. McGhee continues to have a limited ability to pay. Mr. McGhee has been compliant with the other conditions and appears to have paid to the best of his ability. Mr. McGhee has signed a payment agreement for the United States Attorney's Office to continue making restitution payments after expiration of supervision. Once the back child support debt has been caught up, he should then have the ability to pay One Hundred Dollars ($100.00) monthly.

**PRAYING THAT THE COURT WILL ORDER** that Rodney McGhee's Supervised Release be allowed to expire as scheduled on May 21, 2005, with the understanding that the United States Attorney's Office will be responsible for the continued collection of restitution.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this __13th__ day of __May__, 2005 and ordered filed and made a part of the records in the the above case.<br><br>_____<br>UNITED STATES DISTRICT JUDGE | _____<br>Edward E. Shaw, U.S. Probation Officer<br>Electronic Monitoring Specialist<br><br>Place: __Memphis, TN__<br><br>Date: __April 26, 2005__ |

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _5-13-05_

78

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 78 in case 2:01-CR-20005 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT